Fill in this information to identify your case:

Debtor 1: Keith Green
(First Name) (Middle Name) (Last Name)

Debtor 2: 
(Spouse if, filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): 24-81143-CRJ11

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

| # | Creditor | Nature of claim | Status | Lien | Amount |
|---|---|---|---|---|---|
| 1 | AL Department of Revenue<br>50 N Ripley St<br>Montgomery, AL 36100<br><br>Contact<br>Contact phone | What is the nature of the claim? | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | $50.00 |
| 2 | Fintegra Funding<br>1150 First Ave<br>Suite 105<br>King of Prussia, PA 19406<br><br>Contact<br>Contact phone | What is the nature of the claim? Trade debt | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | Does the creditor have a lien on your property?<br>☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | $48,153.83 |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 24-81143-CRJ11    Doc 7    Filed 06/20/24    Entered 06/20/24 11:16:58    Desc Main
Document    Page 1 of 4

Debtor 1  Keith Green    Case number (if known)

### 3. Fusion Funding
88 Pine Street
Suite 2202
New York, NY 10005

What is the nature of the claim?  Trade debt    $25,443.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:     -
   Unsecured claim

Contact
Contact phone

### 4. G and G Funding
79 Madison Ave
New York, NY 10016

What is the nature of the claim?  Trade debt    $144,668.81

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:     -
   Unsecured claim

Contact
Contact phone

### 5. Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

What is the nature of the claim?        $8,024.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:     -
   Unsecured claim

Contact
Contact phone

### 6. Lakeview Service

P.O. Box 8068Loan Care
Virginia Beach, VA 23450

What is the nature of the claim?        $179,517.01

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)   $179,517.01
   Value of security:     -  $0.00

Contact

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com    Best Case Bankruptcy

Case 24-81143-CRJ11    Doc 7    Filed 06/20/24    Entered 06/20/24 11:16:58    Desc Main
Document    Page 2 of 4

| Debtor 1 | Keith Green | | Case number (if known) | |
|---|---|---|---|---|
| | Contact phone | | Unsecured claim | $179,517.01 |

### 7. Lease Plan
P.O. Box 978763
Dallas, TX 75397-8763

**What is the nature of the claim?** Trade debt — $240,118.57

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

### 8. Lease Plan USA Inc
P.O. Box 978763
Dallas, TX 75397-8763

**What is the nature of the claim?** Trade debt — $1,048.08

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

### 9. Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

**What is the nature of the claim?** Credit card purchases — $30,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

### 10. Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

**What is the nature of the claim?** Credit card purchases — $18,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 3

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 24-81143-CRJ11    Doc 7    Filed 06/20/24    Entered 06/20/24 11:16:58    Desc Main
Document    Page 3 of 4

| Debtor 1 | Keith Green | | Case number *(if known)* | |
|---|---|---|---|---|

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

**11** Wells Fargo
420 Montgomery St
San Francisco, CA 94163

What is the nature of the claim?    Car Loan    $20,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  *[signature]*
Keith Green
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date   June 18, 2024

Date _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com    Best Case Bankruptcy

Case 24-81143-CRJ11    Doc 7    Filed 06/20/24    Entered 06/20/24 11:16:58    Desc Main
Document    Page 4 of 4