IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith Green, | ) | Case No. 24-81143-CRJ11 |
| | ) | |
| Debtor. | ) | Chapter 11 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENTATION ON THE APPLICATION BY DEBTOR TO EMPLOY AN ATTORNEY

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ an attorney for Debtor-in-possession states as follows:

1. The Bankruptcy Administrator has reviewed the application to employ Stuart M Maples and the Law Firm Thompson Burton PLLC (Applicant) as Attorney for debtor and finds the same complies with the requirements of 11 U.S.C. §327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. The Applicant has affirmed that he has no agreement to share fees outside of his law firm.

WHEREFORE, the premises considered, Bankruptcy Administrator recommends that the application to employ a Stuart M Maples and the Law Firm Thompson Burton PLLC, as attorney be approved.

Respectfully submitted July 1, 2024.

                                                        J. THOMAS CORBETT
                                                        United States Bankruptcy Administrator for the
                                                        Northern District of Alabama
                                                        /s/ Richard M. Blythe
                                                        Richard M. Blythe
                                                        Assistant U.S. Bankruptcy Administrator
                                                        Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2743

CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2024, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Stuart M Maples, Esq., Attorney for Debtor, Via CM/ECF electronic service
smaples@thompsonburton.com

Kevin D. Heard, Esq., (SBRA) Trustee, Via CM/ECF electronic service kheard@heardlaw.com

                              /s/Richard M. Blythe
                              Richard M. Blythe